## Marguerite Anders, Appellee, v. Metropolitan Life Insurance Company, Appellant.

### Gen. No. 41,843.

Heard in second division, first district, this court at October term, 1941; opinion filed March 24, 1942; rehearing denied April 11, 1942. Hoyne, O'Connor, Rubinkam & Melaniphy, for appellant; Nathaniel Rubinkam and John C. Melaniphy, of counsel; John B. Fruchtl, for appellee. Opinion by JUSTICE FRIEND. "Not to be published in full."